UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

David Roque                                                           Case No. 12-28344-AJC
    Debtor.                                                          Chapter 7
_____/

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY TO ADD OMITTED CREDITOR

*Any interested party who fails to file and serve a written response to this motion within 20 days after the date of service stated in this motion shall, pursuant to local rule 9013-1(D), de deemed to have consented to the entry of an Order in the form attached to this Motion. Any scheduled hearing may then be canceled.*

**COMES NOW**, Debtor, David Roque, by and through undersigned counsel and files this Motion to Reopen Case to Add Omitted Creditor and in support thereof would state:

1. Debtor filed for Chapter 7 bankruptcy relief on July 31, 2012.

2. Debtor received his discharge on November 9, 2012.

3. Debtor's bankruptcy case was closed on November 13, 2012.

4. Subsequent to the debtor receiving his discharge, the debtor learned that there were pre-petition creditors that were inadvertently left out of the Debtors schedules and for that reason the Debtor respectfully request that his Chapter 7 bankruptcy petition be reopened to add the omitted creditors.

**WHEREFORE** the Debtor, David Roque, respectfully requests that this motion to Reopen Case to Add Omitted Creditor be granted.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

1

**I HEREBY CERTIFY,** that this 17th day of November 2014 a true and correct copy of the foregoing was sent via ecf and U.S. Mail to: Marcia T. Dunn, Trustee, 555 NE 15th Street, #7712, Miami, FL 33132, Progressive Select Insurance Company as Subrogee for Dolores Garby, 6300 Wilson Mills Rd, Mayfield, Mayfield Village, OH 44143, Progressive Select Insurance Company as subrogee for Dolores Garby c/o Chief Financial Officer, Registered Agent, 200 E Gaines Street, Tallahassee, FL 32399, Progressive Select Insurance Company as subrogee for Dolores Garby, c/o President Scott W. Ziegler, 6300 Wilson Mills Road, Mayfield Village, OH 44143 and Progressive Select Insurance Company, c/o Law Offices of Steven J. Jacobson, PA, Attn: Steven J. Jacobson, Esq., 5701 N. Pine Island Rd #320, Ft. Lauderdale, FL 33321.

                                  Robert Sanchez, Esq.
                                  355 West 49 Street
                                  Hialeah, FL 33012
Tel. (305)-687-8008

                                  By: */s/ Robert Sanchez*
                                  Robert Sanchez, Esquire
                                  FBN#0442161