

**ORDERED in the Southern District of Florida on December 10, 2014.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

David Roque                                                        Case No. 12-28344-AJC
      Debtor.                                                Chapter 7
_____/

### ORDER REOPENING CASE TO ADD OMITTED CREDITOR(S)

THIS CAUSE having come before the court upon debtor's Motion to Reopen Case pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B) and the court having considered the motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

**ORDERED**:

1. This case is reopened. No filing fee is required to be paid to the clerk unless the debtor fails to comply with paragraph 3 of this order and the case is closed pursuant to paragraph 4. No trustee shall be appointed.

2. Within 14 days from the entry of this order, the debtor shall amend the schedules (and pay applicable amendment fee) to add the name(s) and address(es) of the creditor(s) previously omitted from the original schedules. A supplemental matrix of

creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" must accompany the amended schedules.

3.      The debtor (or the debtor's attorney) is directed to furnish a complete and correct copy of this order to all affected parties, including the added creditor and a copy of the clerk's notice of meeting of creditors must also be served on the creditor as required under Local Rule 1009-1(D).  A certificate of service must be filed as required under Local Rule 2002-1(F).

4.      Within 14 days from the entry of this order, the debtor shall file an adversary proceeding(s) to determine whether the debt(s), subject to such amendment(s), is/are or is/are not dischargeable under 11 U.S.C. §523(a).

5.      Upon the filing of the adversary case(s) by the debtor, or upon the debtor's failure to comply with this order, the case will be reclosed by the clerk's office.

**###**

**Copies furnished to:**
**Attorney Robert Sanchez,Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Sercive of same with the Clerk of the Court.**